■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY KING, Appellant. [21 NYS3d 674]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered July 12, 2010. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Valentino, Whalen and DeJoseph, JJ.